NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JIMMI TYLER REBISH,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE INTERIOR,**
*Respondent.*

---

2014-3085

---

Petition for review of the Merit Systems Protection Board in No. SF-1221-13-0494-W-1.

---

**ON MOTION**

---

**O R D E R**

Jimmi Tyler Rebish moves without opposition for a 30-day extension of time to obtain counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that Rebish's initial brief, any motion to proceed in forma pauperis, and

2                                REBISH v. INTERIOR


his Rule 15(c) statement concerning discrimination are due within 30 days of the date of filing of this order.


FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s27